# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SYED, FAREED § | Case No. 09-22384-JS |
| SYED, AYESHA § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 07/08/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/02/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                                   Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SYED, FAREED | § | Case No. 09-22384-JS |
| SYED, AYESHA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,002.50 |
| *and approved disbursements of* | $ 7.44 |
| *leaving a balance on hand of* [1] | $ 4,995.06 |
| **Balance on hand:** | $ 4,995.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,995.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,000.00 | 0.00 | 1,000.00 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 70.00 | 0.00 | 70.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 55.75 | 0.00 | 55.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,625.75 |
| Remaining balance: | $ 1,369.31 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,369.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,369.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,666.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank | 3,112.93 | 0.00 | 216.74 |
| 2 | PYOD LLC its successors and assigns as assignee of Citibank | 477.44 | 0.00 | 33.24 |
| 3 | Chase Bank USA, N.A. | 6,089.53 | 0.00 | 423.98 |
| 4 | American Express Centurion Bank | 3,361.66 | 0.00 | 234.05 |
| 5 | American Express Centurion Bank | 171.73 | 0.00 | 11.96 |
| 7 | FIA CARD SVCS, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP | 1,116.82 | 0.00 | 77.76 |
| 8 | DISCOVER BANK | 5,336.46 | 0.00 | 371.54 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for timely general unsecured claims: | $ | 1,369.27 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.04 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.04 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.04 |

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-22384-JHS
Fareed K Syed                                                         Chapter 7
Ayesha K Syed
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2                Date Rcvd: Jun 03, 2011
                              Form ID: pdf006            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2011.
```
db          +Fareed K Syed,    203 Regencey Dr Apt 225,    Bloomingdale, IL 60108-2148
jdb         +Ayesha K Syed,    203 Regencey Dr Apt 225,    Bloomingdale, IL 60108-2148
aty         +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
              Orland Park, IL 60462-3760
aty         +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
aty         +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
14066992    +Adventist Glen Oaks Hospital,    PO BOX 4657,    Oak Brook, IL 60522-4657
14066993    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14703417     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14066996    +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14066999    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
14674440     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14067000    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14067001    +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
14067004     Firstsource Healthcare Advantage,    f/k/a Argent Healthcare Financial,    PO BOX 33009,
              Phoenix, AZ 85067-3009
14067005    +Glen Oaks Cardiology,    PO Box 7000,    Bolingbrook, IL 60440-7000
14067006     Glendale Family Practice,    PO Box 7001,    Bolingbrook, IL 60440-7001
14067008     Loyola University Med Ctr,    PO Box 6559,    Carol Stream, IL 60197-6559
14067009    +Loyola University Medical Center,    2160 South First Ave.,    Maywood, IL 60153-3328
14067010    +Malcom S. Gerald & Associates, Inc.,    332 South Michigan Ave.,    Suite 600,
              Chicago, IL 60604-4318
14067011    +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6993
14400351     National City Bank,    One NCC Parkway,    Mail Code K-A16-2B,    Royal Oak MI 48068-8043
14067012    +North American Credit Services,    2810 Walker Road, Suite 100,    Chattanooga, TN 37421-1082
14638644    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14067013     Quest Diagnostic,    P.O. Box 64804,    Baltimore, MD 21264-4804
14718418    +RBS Citizens NA s/b/m Charter One Bank NA,    10561 Telegraph Rd,    Glen Allen VA 23059-4577
14067014    +RLT Neurologic Associates LTD,    255 W 1st Street,    Elmhurst, IL 60126-2643
14067015     Suburban Radiologists, SC,    1446 Memontum Place,    Chicago, IL 60689-5314
14067016    +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
14067017     Wilshire Tower,    Regency Drive,    Bloomingdale, IL 60108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14066997     Fax: 888-777-2057 Jun 03 2011 22:34:26      Cco Mortgage Corp.,    10561 Telegraph Road,
              Glen Allen, VA 23059
14929185     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 23:57:47      DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14067003    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 23:57:47      Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14927813     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 23:55:03
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK   73124-8809
14067007    +E-mail/Text: bkynotice@harvardcollect.com Jun 03 2011 22:35:14      Harvard Collection,
              4839 N Elston Ave,    Chicago, IL 60630-2589
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14066998      Charter One Na
14066994*    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14066995*    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14708048*     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14067002*    +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
14066991     ##Acute Care Specialists,    PO Box 7006,    Bolingbrook, IL 60440-7006
                                                                                   TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Jun 03, 2011
                              Form ID: pdf006            Total Noticed: 37

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**                              **Signature:**        *Joseph Speetjens*