**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: SYED, FAREED § Case No. 09-22384-JS
| SYED, AYESHA § |
| § |
| Debtor(s) § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $44,075.00            Assets Exempt:  $50,899.22
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,369.35     Claims Discharged
                                                Without Payment: $18,297.22

Total Expenses of Administration: $3,633.19

---

   3)  Total gross receipts of $    5,002.54    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $5,002.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $85,271.99 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,589.69 | 3,633.19 | 3,633.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 19,666.57 | 19,666.57 | 1,369.35 |
| **TOTAL DISBURSEMENTS** | $0.00 | $109,528.25 | $23,299.76 | $5,002.54 |

    4) This case was originally filed under Chapter 7 on June 19, 2009. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011    By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 NISSAN ALTIMA | 1129-000 | 225.00 |
| 2000 HONDA CIVIC | 1129-000 | 1,975.00 |
| 2003 MAZDA MPV VAN | 1129-000 | 2,800.00 |
| Interest Income | 1270-000 | 2.54 |
| **TOTAL GROSS RECEIPTS** | | **$5,002.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | RBS Citizens NA s/bm Charter One; c/o CCO Mortgage | 4110-000 | N/A | 85,271.99 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$85,271.99** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 1,250.25 | 1,000.00 | 1,000.00 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 70.00 | 70.00 | 70.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 3110-000 | | N/A | 3,206.25 | 2,500.00 | 2,500.00 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 3120-000 | | N/A | 55.75 | 55.75 | 55.75 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 4.15 | 4.15 | 4.15 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 3.29 | 3.29 | 3.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 4,589.69 | 3,633.19 | 3,633.19 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,112.93 | 3,112.93 | 216.75 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 477.44 | 477.44 | 33.24 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,089.53 | 6,089.53 | 424.00 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 3,361.66 | 3,361.66 | 234.07 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 171.73 | 171.73 | 11.96 |
| 7 | FIA CARD SVCS, NA/BANK OF AMERICA BY AMERICAN | 7100-000 | N/A | 1,116.82 | 1,116.82 | 77.76 |
| 8 | DISCOVER BANK | 7100-000 | N/A | 5,336.46 | 5,336.46 | 371.57 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 19,666.57 | 19,666.57 | 1,369.35 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-22384-JS  
**Case Name:** SYED, FAREED  
SYED, AYESHA  
**Period Ending:** 08/09/11

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 06/19/09 (f)  
**§341(a) Meeting Date:** 08/04/09  
**Claims Bar Date:** 01/20/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 80 W SCHUBERT AVENUE, GLENDALE HEIGHTS | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 | 330 ALEXIS STREET, PLANO, IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | 103 LEDGER ST #14216, BUFFALO, NY | 40,000.00 | 40,000.00 | OA | 0.00 | FA |
| 4 | CHECKING ACCOUNTS | 3,542.22 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 7 | IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | 401K | 16,000.00 | 0.00 | | 0.00 | FA |
| 9 | 401K | 17,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2006 MITSUBISHI LANCER | 4,675.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 NISSAN ALTIMA | 4,075.00 | 0.00 | DA | 225.00 | FA |
| 12 | 2000 HONDA CIVIC | 1,975.00 | 1,975.00 | | 1,975.00 | FA |
| 13 | 2003 MAZDA MPV VAN | 2,800.00 | 2,800.00 | | 2,800.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.54 | FA |
| 14 | Assets  Totals (Excluding unknown values) | **$516,667.22** | **$44,775.00** | | **$5,002.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

SOLD VEHICLES; PENDING REGARDING SALE OF REAL ESTATE; SENDING BROKER TO VALUATE NY PROPERTY

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012          **Current Projected Date Of Final Report (TFR):**   June 2, 2011  (Actual)

Printed: 08/09/2011 08:56 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-22384-JS  
**Case Name:** SYED, FAREED  
SYED, AYESHA  
**Taxpayer ID #:** **-***0495  
**Period Ending:** 08/09/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****86-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/09 | | AYESHA SYED | SALE OF VEHICLES | | 5,000.00 | | 5,000.00 |
| | {12} | | 1,975.00 | 1129-000 | | | 5,000.00 |
| | {13} | | 2,800.00 | 1129-000 | | | 5,000.00 |
| | {11} | | 225.00 | 1129-000 | | | 5,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 5,000.10 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.31 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.52 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,000.71 |
| 02/05/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-22384, BOND#016026455 | 2300-000 | | 4.15 | 4,996.56 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,996.75 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.22 | | 4,996.97 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 4,997.00 |
| 04/06/10 | | Wire out to BNYM account 9200******8665 | Wire out to BNYM account 9200******8665 | 9999-000 | -4,997.00 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4.15 | 4.15 | $0.00 |
| Less: Bank Transfers | -4,997.00 | 0.00 | |
| **Subtotal** | 5,001.15 | 4.15 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,001.15** | **$4.15** | |

{} Asset reference(s)

Printed: 08/09/2011 08:56 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-22384-JS | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| --- | --- | --- | --- |
| **Case Name:** | SYED, FAREED | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
|  | SYED, AYESHA | **Account:** | ***-*****86-66 - Checking Account |
| **Taxpayer ID #:** | **-***0495 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/09/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)          Printed: 08/09/2011 08:56 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-22384-JS  
**Case Name:** SYED, FAREED  
SYED, AYESHA  
**Taxpayer ID #:** **-***0495  
**Period Ending:** 08/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | 9999-000 | 4,997.00 | | 4,997.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,997.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.21 | | 4,997.38 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,997.58 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.22 | | 4,997.80 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,998.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,998.04 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,998.08 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,998.12 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,998.16 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,998.20 |
| 02/15/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-22384, Bond#016026455 | 2300-000 | | 3.29 | 4,994.91 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,994.94 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,994.98 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,995.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,995.06 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,995.10 |
| 07/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 4,995.10 |
| 07/08/11 | | To Account #9200******8666 | TRASNFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 4,995.10 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 4,998.39 | 4,998.39 | $0.00 |
| Less: Bank Transfers | 4,997.00 | 4,995.10 | |
| **Subtotal** | 1.39 | 3.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1.39** | **$3.29** | |

{} Asset reference(s)                                                           Printed: 08/09/2011 08:56 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-22384-JS  
**Case Name:** SYED, FAREED  
SYED, AYESHA  
**Taxpayer ID #:** **-***0495  
**Period Ending:** 08/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/11 | | From Account #9200******8665 | TRASNFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 4,995.10 | | 4,995.10 |
| 07/14/11 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 3,995.10 |
| 07/14/11 | 10102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $70.00, Trustee Expenses; Reference: | 2200-000 | | 70.00 | 3,925.10 |
| 07/14/11 | 10103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,500.00 | 1,425.10 |
| 07/14/11 | 10104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $55.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 55.75 | 1,369.35 |
| 07/14/11 | 10105 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 6.96% on $3,112.93; Claim# 1; Filed: $3,112.93; Reference: | 7100-000 | | 216.75 | 1,152.60 |
| 07/14/11 | 10106 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 6.96% on $477.44; Claim# 2; Filed: $477.44; Reference: | 7100-000 | | 33.24 | 1,119.36 |
| 07/14/11 | 10107 | Chase Bank USA, N.A. | Dividend paid 6.96% on $6,089.53; Claim# 3; Filed: $6,089.53; Reference: | 7100-000 | | 424.00 | 695.36 |
| 07/14/11 | 10108 | American Express Centurion Bank | Dividend paid 6.96% on $3,361.66; Claim# 4; Filed: $3,361.66; Reference: | 7100-000 | | 234.07 | 461.29 |
| 07/14/11 | 10109 | American Express Centurion Bank | Dividend paid 6.96% on $171.73; Claim# 5; Filed: $171.73; Reference: | 7100-000 | | 11.96 | 449.33 |
| 07/14/11 | 10110 | FIA CARD SVCS, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP | Dividend paid 6.96% on $1,116.82; Claim# 7; Filed: $1,116.82; Reference: | 7100-000 | | 77.76 | 371.57 |
| 07/14/11 | 10111 | DISCOVER BANK | Dividend paid 6.96% on $5,336.46; Claim# 8; Filed: $5,336.46; Reference: | 7100-000 | | 371.57 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 4,995.10 | 4,995.10 | $0.00 |
| Less: Bank Transfers | 4,995.10 | 0.00 | |
| **Subtotal** | 0.00 | 4,995.10 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,995.10** | |

{} Asset reference(s)

Printed: 08/09/2011 08:56 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-22384-JS  
**Case Name:** SYED, FAREED  
SYED, AYESHA  
**Taxpayer ID #:** **-***0495  
**Period Ending:** 08/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   5,002.54  
_____  
Net Estate :   $5,002.54

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****86-65 | 5,001.15 | 4.15 | 0.00 |
| Checking # ***-*****86-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******86-65 | 1.39 | 3.29 | 0.00 |
| Checking # 9200-******86-66 | 0.00 | 4,995.10 | 0.00 |
|  | $5,002.54 | $5,002.54 | $0.00 |

{} Asset reference(s)

Printed: 08/09/2011 08:56 AM    V.12.57